### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES DURAH, | ) | |
| | ) | Civil Action No.  05 - 1709 |
| Plaintiff, | ) | |
| | ) | Judge Terrence McVerry |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| RAMONE RUSTIN, Warden, B. HALT, | ) | |
| Corrections Officer, OFICER DOYLE and | ) | |
| OFFICER DUCKER | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On December 13, 2005, this case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation (Doc. No. 8) filed on September 13, 2006, recommended that the Complaint in this case be dismissed due to Plaintiff's failure to prosecute this action.  Service was made on the Plaintiff at the Allegheny County Jail, 950 Second Avenue, Pittsburgh, PA 15219, which is the address of record on the docket.  Plaintiff was advised he had  (10) days from the date of service to file objections.  No objections to the report and recommendation were filed.  After de novo review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

**AND NOW,** this 10th day of October, 2006;

**IT IS HEREBY ORDERED** that the Complaint in this case is **DISMISSED** for failure to prosecute this action.

The Report and Recommendation (Doc. No. 8) of Magistrate Judge Lenihan, dated

September 13, 2006, is adopted as the opinion of the court.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc:     Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Charles Durah
# 91552
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219